IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Shanon Whaley,<br><br>Plaintiff,<br><br>v.<br><br>Amazon.com, Inc., Amazon.com Services, LLC, Amazon Logistics, Inc., Carcast Express, LLC Adam Yahia, Individually, and Primex Logistics, LLC,<br><br>Defendants. | CIVIL ACTION NO.: 2:24-cv-07371-DCN<br><br>**PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Shanon Whaley ("Plaintiff"), by and through her undersigned attorneys, hereby responds to Local Rule 26.01 Interrogatories as follows:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER: Upon information and belief, none.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: Plaintiff requests a jury trial on all causes of action asserted.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER: Not applicable.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

**ANSWER: In accordance with 28 U.S.C. § 1391 and Local Civil Rule 3.01(A)(1), venue is proper in the Charleston Division of the District Court of South Carolina, as the alleged acts and/or omissions occurred in Charleston County, South Carolina.**

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a 25 determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: Yes; (1) Robert Whaley v. Amazon.com, Inc., et al., Civil Action No. 2:23-cv-04317-DCN; (2) Shanon Whaley is the spouse of Robert Whaley and is, by and through the instant action, bringing a cause of action for loss of consortium; and (3) In Robert Whaley v. Amazon.com, Inc., et al., Civil Action No. 2:23-cv-04317-DCN, discovery ended on December 12, 2024 and the case will go to trial during the term of court beginning February 3, 2025.**

***[SIGNATURE PAGE TO FOLLOW]***

**PIERCE SLOAN KENNEDY & EARLY LLC**
321 East Bay Street
Post Office Box 22437
Charleston, SC 29401
(843) 722-7733

*s/ Allan P. Sloan, III*
Allan P. Sloan, III (Fed. ID 6268)
J. Morgan Forrester (Fed. ID 12129)
Richard R. Gergel (Fed. ID 13170)
Edward J. McAlpine, III (Fed. ID 13532)
chipsloan@piercesloan.com
morganforrester@piercesloan.com
richardgergel@piercesloan.com
treymcalpine@piercesloan.com

*AND*

Sandra J. Senn (Fed. ID 5761)
Senn Legal, LLC
3 Wesley Drive
Charleston, SC 29407
Phone: 843-556-4045
Sandy@sennlegal.com

*Attorneys for Plaintiff*

December 18, 2024
Charleston, South Carolina